ACCEPTED
15-24-00057-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/13/2025 10:40 AM
CHRISTOPHER A. PRINE
CLERK

Case No. 15-24-00057-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/13/2025 10:40:47 AM
CHRISTOPHER A. PRINE
Clerk

## COURT OF APPEALS
## FIFTEENTH DISTRICT OF TEXAS
## AUSTIN, TEXAS

TARLETON STATE UNIVERSITY,

*Appellant,*

vs.

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION,

*Cross-Appellant / Appellee.*

## JOINT MOTION FOR SUPPLEMENTAL BRIEFING

TO THE HONORABLE COURT OF APPEALS:

Appellant Tarleton State University and Cross-Appellant/Appellee the Foundation for Individual Rights and Expression ("FIRE") file this joint motion for supplemental briefing in accordance with Tex. R. App. P. 38.7. In support of this motion, the parties respectfully show the following:

1. Supplemental briefing is permissible "whenever justice requires, on whatever reasonable terms the court may prescribe." Tex. R. App. P. 38.7.

2. The parties' briefs in this cause set forth their respective positions on the application of *University of Texas at Austin v. Gatehouse Media Texas Holdings, II, Inc.*, 656 S.W.3d 791 (Court of Appeals–El Paso, 2022).

3. The Supreme Court of Texas reversed in *University of Texas at Austin v. Gatehouse Media Texas Holdings, II, Inc.*, 68 Tex. Sup. Ct. J. 277 (Dec. 31, 2024), after the parties completed briefing in this cause.

4. Accordingly, the parties jointly and respectfully request that the Court order supplemental briefing so they can set forth their respective positions on the effect that the Supreme Court's ruling should have on this cause.

5. The parties respectfully propose they file simultaneous briefs of no more than five pages each, no more than fourteen days from the date of the Court's entry of an order granting this motion, and that neither party may file a response nor a reply brief.


Dated: February 13, 2025              Respectfully submitted,

<u>/s/ *JT Morris*</u>
JT Morris
jt.morris@thefire.org
Texas SBN 24094444

FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION
700 Pennsylvania Avenue SE, Suite
340
Washington, DC 20003
Tel.: (215) 717-3473
Fax: (215) 717-3440

*Attorney for Cross-Appellant/Appellee
Foundation for Individual Rights and
Expression*

*/s/ Alyssa Bixby-Lawson*
Alyssa Bixby-Lawson
alyssa.bixby-lawson@oag.texas.gov
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
Tel: 210-270-1118
Fax: 512-474-2697

*Attorney for Appellant Tarleton State
University*

3

## CERTIFICATE OF SERVICE

Pursuant to the Texas Rules of Civil Procedure, a true and correct copy of the foregoing was served on all counsel listed below by Texas e-file service on February 13, 2025:

Alyssa Bixby-Lawson
OFFICE OF THE ATTORNEY GENERAL
Alyssa.bixby-lawson@oag.texas.gov


*/s/ JT Morris*
JT Morris

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

JT Morris on behalf of Joshua (JT) Morris
Bar No. 24094444
jt.morris@thefire.org
Envelope ID: 97336763
Filing Code Description: Motion
Filing Description: Joint Motion for Supplemental Briefing
Status as of 2/13/2025 10:55 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Gabriel Walters | | gabe.walters@thefire.org | 2/13/2025 10:40:47 AM | SENT |
| Alyssa Bixby-Lawson | | Alyssa.Bixby-Lason@oag.texas.gov | 2/13/2025 10:40:47 AM | ERROR |